James Portman Webster
James Portman Webster Law Office, PLC
1845 S Dobson Rd., Ste. 201
Mesa, AZ 85202
T: (480) 464-4667
F: (888) 214-8293
Jim@JPWLegal.com

Attorney for Debtor/Movant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| JOSEPH H. MEOAK IV and MICHELLE MEOAK, | Case No. 4:12-bk-21628-BMW |
| Debtor. | MOTION TO REOPEN WITH A FEE WAIVER AND MOTION TO COMPEL |
| JOSEPH H. MEOAK IV and MICHELLE MEOAK | |
| Movant, | |
| vs. | |
| SANTO TOMAS VILLAS COMMUNITY ASSOCIATION, INC, an Arizona Corporation, ADVANCED PAYROLL CONCEPTS, an Arizona LLC, RAPIDRAY, LLC, an Arizona LLC, JON A. MURPHY and EMILY E. BELLISSIMO, as Husband and Wife, and as Individuals. | |
| Respondent(s). | |

James Portman Webster
Law Office, PLC
1845 S. Dobson Rd. Ste 201
Mesa, Arizona 85202

Case 4:12-bk-21628-BMW   Doc 82   Filed 05/20/14   Entered 05/20/14 17:24:18   Desc
Main Document    Page 1 of 4

Joseph H. Meoak IV and Michelle Meoak, ("Movants"), files a Motion to Reopen the case under 11 U.S.C. § 350(b) with a Fee Waiver and a Motion to Compel to coerce the Respondents to participate in the mediation process. As a penalty for dragging their feet, the responsible Respondents should be required to pay for the Mediators fee without recourse.

On January 14, 2014, this case was inadvertently closed while this Motion for Sanctions was pending before this Court. This case should be reopened without being required to pay the filing fee.

On December 19, 2012, the Movants filed a Motion for Sanctions for Violating the Automatic Stay. (Dkt #24).

A Response and Reply were timely filed.

On March 20, 2013, a hearing was set on the contested matter. At that hearing, the case was sent to voluntary mediation. (Dkt # 70) The parties spoke after the hearing but nothing was solidified.

Movant's attorney attempted to settle the matter to no avail.

Movant's counsel contacted multiple mediators. In September 2013, after multiple discussions, a mediator was tentatively chosen. This was objected to by Brown and Olcott stating they were not part of the negotiations, however, they were part of the emails and they did not respond to the emails until after we had all agreed to a mediator.

All parties except Santo Tomas were ready and willing to participate in the process. Due to the lack of involvement of Santo Tomas, Movants' ask this court compel the participation in the mediation process and as a sanction, cause them to pay for the mediation without recourse. Additionally, Movants ask this Court to set a date certain by which this Mediation take place.

It has been more than a year and we are no closer to mediation than when we started. Movant's have been willing to be patient throughout the process because it is costly and they

Meoak 12-21628 | Motion for Sanctions: Automatic Stay
Motion To Reopen Case With Fee Waiver and Motion to Compel

2

Case 4:12-bk-21628-BMW   Doc 82   Filed 05/20/14   Entered 05/20/14 17:24:18   Desc
Main Document    Page 2 of 4

James Portman Webster
Law Office, PLC
1845 S. Dobson Rd. Ste 201
Mesa, Arizona 85202

were hoping to settle a case that is a cut and dry automatic stay violation. It has become clear this is not going to happen without judicial intervention.

WHEREFORE, Movants Motion this Court to Reopen the case and Order Respondent Santo Tomas to pay for the mediation and set a date certain where this mediation will take place.

RESPECTFULLY submitted this May 20, 2014.

JAMES PORTMAN WEBSTER LAW OFFICE, PLC


By: /s/ James Portman Webster
James Portman Webster, ASB 025006
Attorney for Debtor

(continued)

Meoak 12-21628 | Motion for Sanctions: Automatic Stay
Motion To Reopen Case With Fee Waiver and Motion to Compel

James Portman Webster
Law Office, PLC
1845 S. Dobson Rd. Ste 201
Mesa, Arizona 85202

3

Case 4:12-bk-21628-BMW    Doc 82    Filed 05/20/14    Entered 05/20/14 17:24:18    Desc
Main Document    Page 3 of 4

Original filed with ECF on May 20, 2014 and a copy
Mailed May 20, 2014 to:

Daniel J. Rylander, Esq.
Daniel J. Rylander, PC
2701 E. Speedway, Ste 203
Tucson, AZ 85716
*Attorney for Advanced Payroll Concepts, LLC*

Olcott & Brown, PLLC
5201 N. 7th Ave.
Phoenix AZ 85013
*Attorney for Santo Tomas Villas Community Association, Inc.*

Waterfall Economidis Caldwell Hanshaw & Villamana, PC
5210 E. Williams Circle, Ste 800
Tucson, AZ 85711
*Attorney for Rapid Ray, LLC and Jon A. Murphy & Emily E. Murphy*

Via Email
Movant/Debtors


__/s/Kimberly Gagliardi___
Kimberly Gagliardi

Meoak 12-21628 | Motion for Sanctions: Automatic Stay
Motion To Reopen Case With Fee Waiver and Motion to Compel

4